# United States Court of Appeals
## For the First Circuit

No. 25-1902

KARY MIRIOSY DIAZ MARTINEZ,

Petitioner - Appellee,

v.

PATRICIA HYDE, Field Office Director, U.S. Immigration and Customs Enforcement, Boston Field Office; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security; MICHAEL KROL, HSI New England Special Agent in Charge,

Respondents - Appellants.

**ORDER OF COURT**

Entered: October 31, 2025

Respondent's opposed motion for stay, in light of the lapse in appropriations, "until Department of Justice attorneys . . . resume their usual civil litigation functions" is granted. The government shall notify this court forthwith when those functions are resumed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mary Beth Murrane
Donald Campbell Lockhart
Rayford A. Farquhar
Abraham R. George
Anuj K. Khetarpal
Derege B. Demissie
Sarah Sherman-Stokes