# United States Court of Appeals
## For the First Circuit

No. 25-1902

KARY MIRIOSY DIAZ MARTINEZ,

Petitioner - Appellee,

v.

PATRICIA HYDE, Field Office Director, U.S. Immigration and Customs Enforcement, Boston Field Office; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security; MICHAEL KROL, HSI New England Special Agent in Charge,

Respondents - Appellants.

**JUDGMENT**

Entered: December 23, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith**.**

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mary Beth Murrane
Donald Campbell Lockhart
Rayford A. Farquhar
Abraham R. George
Anuj K. Khetarpal
Derege B. Demissie
Sarah Sherman-Stokes
Madeline Meth